# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 16, 2025

Via ECF

Catherine O'Hagan Wolfe,
   Clerk of the Court,
      United States Court of Appeals for the Second Circuit,
         Thurgood Marshall United States Courthouse,
           40 Foley Square,
             New York, NY 10007.

        Re:   *Eton Park Capital Management, L.P. et al.* v. *Argentine Republic et al.*, Nos. 23-7376(L), 23-7471(XAP), 23-7667(XAP)

Dear Ms. Wolfe:

      I represent the Defendant-Appellant-Cross-Appellee the Argentine Republic in the above-named matter. I previously submitted my availability for oral argument pursuant to Local Rule 34.1(a) on August 8, 2024, November 4, 2024, January 24, 2025, April 18, 2025, and June 13, 2025. Docket Nos. 161, 209, 213, 220, 228. I write to inform the Court of my updated availability for oral argument. I request that argument of this appeal not be scheduled for the following dates: July 24-25 and 29; August 1, 8, 12, 15, 22, and 27-29; September 2, 24-26 and 29-30; October 1-3, 7-8, and 23; November 10-14; and December 24-31.

      Thank you very much for your consideration.

                              Respectfully,

                              /s/ Robert J. Giuffra, Jr.
                              Robert J. Giuffra, Jr.

cc:    Counsel of Record (via ECF)